STATE OF MISSOURI, Respondent, v. J. R. RID-
DLE, Appellant.

St. Louis Court of Appeals, March 31, 1903.

Abstract, Statement and Assignment of Errors, Omitted: ONLY
    THE RECORD PROPER. No error, arising on the record, having
    been discovered, the judgment of the trial court is affirmed.

Appeal from Greene Criminal Court.—*Hon. J. J.
Gideon*, Judge.

AFFIRMED.

REYBURN, J.—Defendant was convicted before
a justice of the peace of Green county, upon an informa-
tion by the assistant prosecuting attorney, charging him
with assault upon George Moore, on the 13th day of Sep-
tember, 1901, and on appeal to the Greene County Crim-
inal Court, upon a trial anew, he was again found guilty
and sentenced to pay a fine of $50. A motion for new
trial being unsuccessful, an appeal has been prosecuted
to this court.

No statement of facts, assignment of errors or ar-
gument of counsel, oral or printed, have been filed or
presented in this court, and the case is before us on the
naked record. A careful review of the testimony and
of the proceedings below reveal no error warranting this
court in reversing the finding of the jury and the judg-
ment and sentence of the criminal court thereon, which
are fully supported by substantial testimony in the rec-
ord of trial in the criminal court. The judgment will
accordingly be affirmed. *Bland, P. J.,* and *Goode, J.,*
concur.